## CRANDAL vs. BRADLEY.

A note payable in *specific articles* is admissible in evidence under the *money counts.*

ERROR from the Tompkins common pleas. Bradley sued Crandal in an action of assumpsit; the declaration contained the common *money counts*, and on the trial of the cause in the common pleas, the plaintiff, among other proofs, offered in evidence a note, whereby the defendant, *for value received,* promised to pay the plaintiff or *bearer*, $8,65, by the first day of April next after the date of the note, in common stuff *pine boards*, delivered at Frog Point, with interest. This evidence was objected to, as inadmissible under the common counts, but was received by the court, and the defendant excepted. The plaintiff had a verdict, and entered judgment thereon.

The defendant sued out a writ of error, insisting that the common pleas erred in the above decision, and for other matters not deemed necessary to report.

*J. A. Collier*, for plaintiff in error.

*J. A. Spencer*, for defendant in error.

THE COURT affirmed the judgment of the common pleas, holding on the authority of the cases of *Smith* v. *Smith*, 2 Johns. R. 235, and *Pierce* v. *Crafts*, 12 Johns. R. 90, that a note, payable *in specific articles*, is admissible in evidence, under the money counts.